IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | BANKRUPTCY NO. 20-20508-CMB |
| GREGORY A RAGER and | ) | |
| HOLLY J. RAGER, | ) | |
| | ) | CHAPTER 13 |
| Debtors. | ) | |

## EMPLOYEE INCOME RECORDS

Debtor Holly J. Rager has no Employee Income Records for the 60-day period pre-filing of the petition.

Declaration Under Penalty of Perjury by Individual Debtor

We declare under penalty of perjury that we have read the within pleading, and that it is true and correct to the best of our knowledge, information, and belief.

Dated: March 9, 2020        Signature:    /s/ Gregory A. Rager
                                          GREGORY A. RAGER
                                          Debtor

Dated: March 9, 2020        Signature:    /s/ Holly J. Rager
                                          HOLLY J. RAGER,
                                          Joint Debtor

Dated: March 9, 2020                      /s/ Glenn R. Bartifay
                                          GLENN R. BARTIFAY, ESQUIRE
                                          Pa. Id. No. 68763
                                          Attorney for Debtors

                                          BARTIFAY LAW OFFICES, P.C.
                                          3134 Lillian Avenue
                                          First Floor
                                          Murrysville, PA 15668
                                          (412) 824-4011
                                          gbartifay@bartifaylaw.com