# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

GREGORY A RAGER
HOLLY J RAGER

    Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

    Movant
  vs.

WELLS FARGO BANK NA D/B/A WELLS
FARGO AUTO
    Respondents

Case No. 20-20508CMB

Chapter 13

Document No __

## NOTICE OF FUNDS ON RESERVE

 The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

   COUNSEL FOR DEBTOR INDICATES THE VEHICLE IS INOPERABLE AND
   HE WILL BE FILING AN AMENDED PLAN TO DEAL WITH SURRENDER.

WELLS FARGO BANK NA D/B/A WELLS  Court claim# 4/Trustee CID# 5
FARGO AUTO
PO BOX 17900
DENVER, CO 80217-0900


The Movant further certifies that on 07/30/2021 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

        /s/ Ronda J. Winnecour
        RONDA J WINNECOUR PA ID #30399
        CHAPTER 13 TRUSTEE WD PA
        600 GRANT STREET
cc: debtor(s)       SUITE 3250 US STEEL TWR
  original creditor    PITTSBURGH, PA  15219
  putative creditor    (412) 471-5566
  counsel for debtor(s)   cmecf@chapter13trusteewdpa.com
  counsel for the creditor(s) (if known)

DEBTOR(S):
GREGORY A RAGER, HOLLY J
RAGER, 5868 MADISON AVENUE,
EXPORT, PA  15632

DEBTOR'S COUNSEL:
GLENN R BARTIFAY ESQ, 2009
MACKENZIE WAY STE 100,
CRANBERRY TWP, PA  16066

ORIGINAL CREDITOR:
WELLS FARGO BANK NA D/B/A
WELLS FARGO AUTO, PO BOX 17900,
DENVER, CO  80217-0900

:
WELLS FARGO BANK NA DBA WELLS
FARGO AUTO, PO BOX 130000,
RALEIGH, NC  27605

NEW CREDITOR: