**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 20-20508** |
| **Gregory A Rager** : | **Chapter 13** |
| **Holly J Rager** : | **Judge Carlota M. Bohm** |
| : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** : | |
| : | |
| **Wells Fargo Bank, N.A., d/b/a Wells** : | **Related Document #** |
| **Fargo Auto** : | |
| **Movant,** : | |
| : | |
| vs : | |
| : | |
| **Gregory A Rager** : | |
| **Holly J Rager** : | |
| : | |
| **Ronda J. Winnecour** | |
| **Respondents.** | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

The undersigned attorney enters their appearance as counsel for Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, its successor and assigns ("Creditor") in the above referenced case.

Please send all notices issued in this case to the undersigned at the address below.

        Respectfully submitted,

        /s/ Stephen R. Franks
        Stephen R. Franks, Esquire (0075345)
        Adam B. Hall (323867)
        Edward H. Cahill (0088985)
        Manley Deas Kochalski LLC
        P.O. Box 165028
        Columbus, OH  43216-5028
        Telephone: 614-220-5611
        Fax: 614-627-8181
        Attorneys for Creditor
        The case attorney for this file is Stephen R. Franks.
        Contact email is srfranks@manleydeas.com

22-000126_PS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 20-20508** |
| **Gregory A Rager** | : | **Chapter 13** |
| **Holly J Rager** | : | **Judge Carlota M. Bohm** |
| | : | * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | | |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | : | **Related Document #** |
| | : | |
| **Movant,** | : | |
| vs | : | |
| | : | |
| **Gregory A Rager** | : | |
| **Holly J Rager** | : | |
| | : | |
| **Ronda J. Winnecour** | | |
| **Respondents.** | | |

## CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on January 5, 2022.

Service by ECF:
Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Ronda J. Winnecour, Chapter 13 Trustee, cmecf@chapter13trusteewdpa.com

Glenn R. Bartifay, Attorney for Gregory A Rager and Holly J Rager, gbartifay@bartifaylaw.com

Service by First-Class Mail:
Gregory A Rager and Holly J Rager, 5868 Madison Avenue, Export, PA  15632

EXECUTED ON: January 5, 2022

By: /s/ Stephen R. Franks
Signature
Stephen R. Franks, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028

22-000126_PS

Address
614-220-5611
Phone No.
0075345
List Bar I.D. and State of Admission