## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | Case No.: 20-20508 |
| **Gregory A Rager** | : | Chapter 13 |
| **Holly J Rager** | : | Judge Carlota M. Bohm |
| | : | * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | * | |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | : | Date and Time of Hearing |
| | : | Place of Hearing |
| **Movant,** | : | February 15, 2022 at 10:00 a.m. |
| vs | : | |
| | : | |
| **Gregory A Rager** | : | |
| **Holly J Rager** | : | |
| | : | |
| **Ronda J. Winnecour** | | |
| **Respondents.** | | |

### CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT WELLS FARGO BANK, N.A., D/B/A WELLS FARGO AUTO TO REPOSSESS THE 2012 DODGE GRAND CARAVAN WITH THE VEHICLE IDENTIFICATION NUMBER 2C4RDGBG0CR370311 (DOCUMENT NO. 43)

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay ("Motion") filed on January 12, 2022 at Document No. 43 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than February 4, 2022.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

/s/Stephen R. Franks

Stephen R. Franks, Esquire (0075345)

22-000126_EJS1

Adam B. Hall (323867)
Edward H. Cahill (0088985)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Stephen R. Franks.
Contact email is srfranks@manleydeas.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 20-20508** |
| **Gregory A Rager** : | **Chapter 13** |
| **Holly J Rager** : | **Judge Carlota M. Bohm** |
| : | * * * * * * * * * * * * * * * * * |
| **Debtor(s)** : | * |
| : | |
| **Wells Fargo Bank, N.A., d/b/a Wells** : | **Date and Time of Hearing** |
| **Fargo Auto** : | **Place of Hearing** |
| **Movant,** : | **February 15, 2022 at 10:00 a.m.** |
| : | |
| vs : | |
| : | |
| **Gregory A Rager** : | |
| **Holly J Rager** : | |
| : | |
| **Ronda J. Winnecour** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE OF CERTIFICATE OF NO OBJECTION REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT WELLS FARGO BANK, N.A., D/B/A WELLS FARGO AUTO TO REPOSSESS THE 2012 DODGE GRAND CARAVAN WITH THE VEHICLE IDENTIFICATION NUMBER 2C4RDGBG0CR370311 (DOCUMENT NO. 43)

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date)  02/07/2022
.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  first-class mail and electronic notification
.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:  02/07/2022

By: /s/Stephen R. Franks
Signature

22-000126_EJS1

        Stephen R. Franks, Esquire
        Typed Name
        P.O. Box 165028, Columbus, OH 43216-5028
        Address
        614-220-5611
        Phone No.
        0075345
        List Bar I.D. and State of Admission

22-000126_EJS1

Stephen R. Franks, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA  15219, cmecf@chapter13trusteewdpa.com (notified by ecf)

Glenn R. Bartifay, Attorney for Debtor, 2009 Mackenzie Way, Suite 100, Cranberry Township, PA  16066, gbartifay@bartifaylaw.com (notified by ecf)

Gregory A Rager and Holly J Rager, Debtor, 5868 Madison Avenue, Export, PA  15632 (notified by regular US Mail)

22-000126_EJS1