IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 20-20508-CMB |
| GREGORY A. RAGER and ) | |
| HOLLY J. RAGER, ) | |
| ) | CHAPTER 13 |
| Debtors. ) | |
| _____ ) | |
| ) | |
| GREGORY A. RAGER and ) | |
| HOLLY J. RAGER, ) | |
| ) | |
| Debtors/Movants, ) | |
| ) | |
| v. ) | |
| ) | |
| NO RESPONDENT. ) | |

CERTIFICATE OF SERVICE

     I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age, and that a true and correct copy of the Order dated March 15, 2022, Doc. No. 67 and Amended Schedule I dated March 14, 2022, Doc. No. 62 were served by electronic mail as follows:

On March 15, 2022 for the Order and on March 14, 2022 for Amended Schedule I addressed as follows:

Office of the United States Trustee, ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, cmecf@chapter13trusteewdpa.com

Dated: March 15, 2022          /s/ Glenn R. Bartifay
                                                GLENN R. BARTIFAY, ESQUIRE
                                                Pa. Id. No. 68763
                                                Attorney for Movants/Debtors

                                                BARTIFAY LAW OFFICES, P.C.
                                                2009 Makenzie Way, Suite 100
                                                Cranberry Township, PA 16066
                                                (412) 824-4011
                                                gbartifay@bartifaylaw.com