IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 20-20508-CMB |
| GREGORY A. RAGER and ) | |
| HOLLY J. RAGER, ) | |
| ) | CHAPTER 13 |
| Debtors. ) | |
| ) | Related to: Document No. 63 |
| _____ ) | |
| ) | |
| GREGORY A. RAGER and ) | |
| HOLLY J. RAGER, ) | |
| ) | |
| Debtors/Movants, ) | |
| ) | |
| v. ) | |
| ) | |
| FREEDOM MORTGAGE CORP., ) | |
| ) | |
| Creditor/Respondent. ) | |

**<u>ORDER</u>**

AND NOW, this  16th  day of  March , 2022, it is hereby ORDERED that the deadline for filing a motion for loss mitigation is extended to March 14, 2022.

Carlota M. Böhm
Chief United States Bankruptcy Judge

glb

FILED
3/16/22 3:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA