IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF
PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | BANKR. NO.  20-20508-CMB |
| GREGORY A. RAGER and | ) | |
| HOLLY J. RAGER, | ) | |
| | ) | CHAPTER 13 |
| Debtors. | ) | |
| | ) | Related to:  Document No. 63 |
| _____ | ) | |
| | ) | |
| GREGORY A. RAGER and | ) | |
| HOLLY J. RAGER, | ) | |
| | ) | |
| Debtors/Movants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FREEDOM MORTGAGE CORP., | ) | |
| | ) | |
| Creditor/Respondent. | ) | |

## ORDER

AND NOW, this __16th__ day of ___March_____, 2022, it is hereby ORDERED
that the deadline for filing a motion for loss mitigation is extended to March 14, 2022.

Carlota M. Böhm                    **glb**
Chief United States Bankruptcy Judge

FILED
3/16/22 3:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 20-20508-CMB

Gregory A Rager                                                                       Chapter 13

Holly J Rager

      Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 16, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2022:**

**Recip ID                        Recipient Name and Address**
db/jdb                    +   Gregory A Rager, Holly J Rager, 5868 Madison Avenue, Export, PA 15632-1343

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2022                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2022 at the address(es) listed below:**

**Name**                              **Email Address**

Brian Nicholas
                            on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com

Glenn R. Bartifay
                            on behalf of Joint Debtor Holly J Rager gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com

Glenn R. Bartifay
                            on behalf of Debtor Gregory A Rager gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com

Mario J. Hanyon
                            on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Office of the United States Trustee
                            ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

District/off: 0315-2                          User: auto                                    Page 2 of 2

Date Rcvd: Mar 16, 2022                    Form ID: pdf900                              Total Noticed: 1

                    cmecf@chapter13trusteewdpa.com

Stephen Russell Franks

                    on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com

Thomas Song

                    on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com


TOTAL: 8