IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 20-20508-CMB |
| GREGORY A. RAGER and ) | |
| HOLLY J. RAGER, ) | |
| ) | CHAPTER 13 |
| Debtors. ) | |
| _____ ) | |
| ) | |
| GREGORY A. RAGER and ) | |
| HOLLY J. RAGER, ) | |
| ) | |
| Debtors/Movants, ) | |
| ) | |
| v. ) | |
| ) | |
| FREEDOM MORTGAGE CORP., ) | |
| ) | |
| Creditor/Respondent. ) | |

CERTIFICATE OF SERVICE

    I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age, and that a true and correct copy of the Loss Mitigation Order dated March 29, 2022, Doc. No. 75 was served on March 29, 2022 as follows:

By electronic mail addressed as follows:

Mario J. Hanyon on behalf of Creditor Freedom Mortgage Corporation, wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Brian Nicholas on behalf of Creditor Freedom Mortgage Corporation, bnicholas@kmllawgroup.com

Office of the United States Trustee, ustpregion03.pi.ecf@usdoj.gov

Thomas Song on behalf of Creditor Freedom Mortgage Corporation, pawb@fedphe.com

Ronda J. Winnecour, cmecf@chapter13trusteewdpa.com

By first class mail addressed as follows:

Freedom Mortgage Corporation
Att: Sarah Davis, Senior Vice-President
Bankruptcy Department, 10500 Kincaid Drive
Fishers, IN 46037


Dated: March 29, 2022                     /s/ Glenn R. Bartifay
                                                        GLENN R. BARTIFAY, ESQUIRE
Pa. Id. No. 68763
Counsel for Movants/Debtors

BARTIFAY LAW OFFICES, P.C.
2009 Mackenzie Way, Suite 100
Cranberry Township, PA 16066
(412) 824-4011
gbartifay@bartifaylaw.com