IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | ) |
| | ) BANKR. NO. 20-20508-CMB |
| GREGORY A. RAGER and | ) |
| HOLLY J. RAGER, | ) |
| | ) CHAPTER 13 |
| Debtors. | ) |
| | ) |
| | ) |
| GREGORY A. RAGER and | ) |
| HOLLY J. RAGER, | ) |
| | ) |
| Debtors/Movants, | ) |
| | ) |
| v. | ) |
| | ) |
| FREEDOM MORTGAGE CORP., | ) |
| | ) |
| Creditor/Respondent. | ) |

## **CERTIFICATION OF NO OBJECTION REGARDING MOTION TO EXTEND THE LOSS MITIGATION PERIOD**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Extend the Loss Mitigation Period filed on May 15, 2023, Doc. No. 103, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to local rule, Responses to the Motion were to be filed and served no later than May 24, 2023.

It is hereby respectfully requested that the Proposed Order filed on May 15, 2023, Doc. No. 103-2 be entered by the Court.

Dated: May 26, 2023  /s/ Glenn R. Bartifay
GLENN R. BARTIFAY, ESQUIRE
Pa. Id. No. 68763
Attorney for Movants/Debtors

BARTIFAY LAW OFFICES, P.C.
2009 Mackenzie Way, Suite 100
Cranberry Township, PA 16066
(412) 824-4011
gbartifay@bartifaylaw.com