IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | ) |
| | ) BANKR. NO. 20-20508-CMB |
| GREGORY A. RAGER and | ) |
| HOLLY J. RAGER, | ) |
| | ) CHAPTER 13 |
| Debtors. | ) |
| | ) |
| | ) Related to: Document No. 103 |
| GREGORY A. RAGER and | ) |
| HOLLY J. RAGER, | ) |
| | ) |
| Debtors/Movants, | ) |
| | ) |
| v. | ) |
| | ) |
| FREEDOM MORTGAGE CORP., | ) |
| | ) |
| Creditor/Respondent. | ) |

## ORDER

A *Loss Mitigation Order* dated March 29, 2022 was entered in the above matter at Document No. 75. On May 15, 2023, a ***Motion to Extend the Loss Mitigation Period*** was filed by Movants Gregory A. Rager and Holly J. Rager ("Debtors").

*AND NOW*, this __26th__ day of _____May_____, 2023, it is hereby **ORDERED, ADJUDGED AND DECREED** that the Loss Mitigation Period is *extended up to and including July 14, 2023,* ~~2023~~*.* **On or before July 21, 2023**, Debtors shall submit a LMP Final Report pursuant to *W.PA.LBR 9020-4(f)*.

CARLOTA M. BÖHM,
United States Bankruptcy Court

FILED
5/26/23 3:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

PAWB Local Form 43 (04/14)

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20508-CMB |
| Gregory A Rager | Chapter 13 |
| Holly J Rager | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: May 26, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gregory A Rager, Holly J Rager, 5868 Madison Avenue, Export, PA 15632-1343 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2023                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Glenn R. Bartifay | |
| | on behalf of Debtor Gregory A Rager gbartifay@bartifaylaw.com   sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | |
| | on behalf of Attorney Glenn R Bartifay gbartifay@bartifaylaw.com   sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | |
| | on behalf of Joint Debtor Holly J Rager gbartifay@bartifaylaw.com   sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Mario J. Hanyon | |
| | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com   mario.hanyon@brockandscott.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: May 26, 2023 | Form ID: pdf900 | Total Noticed: 1

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
   on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com

Thomas Song
   on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

TOTAL: 9