**Date: 06/27/2023 01:30 pm**

**In re:** Gregory A Rager
Holly J Rager

**Bankruptcy No. 20-20508-CMB**
**Chapter: 13**
**Doc. # 108**

**Appearances:** BY ZOOM: Kate DeSimone, Glenn Bartifay, Denise Carlin

**Nature of Proceeding:** #108 Amended Motion For Loss Mitigation Status Conference

**OUTCOME:** Hearing held. Hearing continued to 8/2/2023 at 1:30 p.m. by zoom.

**Carlota Böhm**
**U.S. Bankruptcy Judge**

FILED
6/27/23 3:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 20-20508-CMB
Gregory A Rager     Chapter 13
Holly J Rager
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2
Date Rcvd: Jun 27, 2023     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gregory A Rager, Holly J Rager, 5868 Madison Avenue, Export, PA 15632-1343 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2023 at the address(es) listed below:

**Name**     **Email Address**

Brian Nicholas
    on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com

Glenn R. Bartifay
    on behalf of Debtor Gregory A Rager gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com

Glenn R. Bartifay
    on behalf of Attorney Glenn R Bartifay gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com

Glenn R. Bartifay
    on behalf of Joint Debtor Holly J Rager gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com

Mario J. Hanyon
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jun 27, 2023 | Form ID: pdf900 | Total Noticed: 1 |

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
    on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com

Thomas Song
    on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

TOTAL: 9