| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Gregory A Rager <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–1250 <br> EIN  __–_____ |
| Debtor 2 <br> (Spouse, if filing) | Holly J Rager <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–0661 <br> EIN  __–_____ |
| United States Bankruptcy Court  WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:  20–20508–CMB | | |

## Order of Discharge                                                                                                  12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Gregory A Rager                            Holly J Rager

    9/12/25                                  **By the court:** <u>Carlota M Bohm</u>
                                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20508-CMB |
| Gregory A Rager | Chapter 13 |
| Holly J Rager | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Sep 12, 2025 | Form ID: 3180W | Total Noticed: 35 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gregory A Rager, Holly J Rager, 5868 Madison Avenue, Export, PA 15632-1343 |
| aty | + | Glenn R Bartifay, 2009 Mackenzie Way, Suite 100, Cranberry Township, PA 16066-5338 |
| 15198806 | + | Citifinancial Auto, 2208 Hwy 121, Bedford, TX 76021-5981 |
| 15425007 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 15198814 | | Phelan Hallinan and Schmieg, LLP, 1617 JFK Boulevard Suite 1400, One Penn Center Plaza, Attention: Kenya Bates, Esquire, Philadelphia, PA 19103 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Sep 13 2025 04:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Sep 13 2025 04:17:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | EDI: ATLASACQU | Sep 13 2025 04:17:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| cr | + | EDI: PRA.COM | Sep 13 2025 04:17:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15228998 | + | EDI: ATTWIREBK.COM | Sep 13 2025 04:17:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 15225048 | | EDI: ATLASACQU | Sep 13 2025 04:17:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 15221548 | + | EDI: COMCASTCBLCENT | Sep 13 2025 04:17:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15198807 | | Email/Text: CantonRecoveryGroup@cbna.com | Sep 13 2025 00:25:00 | Community Bank Na, 45-49 Court St, Canton, NY 13617 |
| 15218744 | | Email/PDF: bncnotices@becket-lee.com | Sep 13 2025 00:41:25 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15220134 | + | Email/Text: CantonRecoveryGroup@cbna.com | Sep 13 2025 00:25:00 | Community Bank, N.A., PO Box 509, Canton, NY 13617-0509 |
| 15198808 | + | Email/Text: bankruptcy@credencerm.com | Sep 13 2025 00:26:00 | Credence Resource Mana, Po Box 2300, Southgate, MI 48195-4300 |

Case 20-20508-CMB   Doc 152   Filed 09/14/25   Entered 09/15/25 00:30:00   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Sep 12, 2025 | Form ID: 3180W | Total Noticed: 35 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 15225629 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 13 2025 00:25:00 | FREEDOM MORTGAGE CORPORATION, Bankruptcy Department,, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 15425008 | | Email/Text: Bankruptcy@Freedommortgage.com | Sep 13 2025 00:25:00 | Freedom Mortgage, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 15198809 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 13 2025 00:25:00 | Freedom Mortgage Corp, 907 Pleasant Valley Ave, Mount Laurel, NJ 08054-1210 |
| 15198810 | + | EDI: CAPITALONE.COM | Sep 13 2025 04:17:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15209937 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 13 2025 00:39:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15198811 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 13 2025 00:25:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15198812 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 13 2025 00:26:00 | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15225799 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 13 2025 00:26:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15201452 | + | EDI: AGFINANCE.COM | Sep 13 2025 04:17:00 | Onemain, PO Box 3251, Evansville, IN 47731-3251 |
| 15198813 | + | EDI: AGFINANCE.COM | Sep 13 2025 04:17:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15219884 | | EDI: PRA.COM | Sep 13 2025 04:17:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15198815 | + | EDI: PRA.COM | Sep 13 2025 04:17:00 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 15198816 | + | Email/Text: bankruptcy@sw-credit.com | Sep 13 2025 00:26:00 | Southwest Credit Syste, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 15199330 | ^ | MEBN | Sep 13 2025 00:20:03 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15198817 | + | Email/Text: EDBKNotices@ecmc.org | Sep 13 2025 00:24:00 | U S Dept Of Ed/Gsl/Atl, Po Box 5609, Greenville, TX 75403-5609 |
| 15225236 | | Email/Text: BNCnotices@dcmservices.com | Sep 13 2025 00:25:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15225239 | | Email/Text: BNCnotices@dcmservices.com | Sep 13 2025 00:25:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15219788 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Sep 13 2025 01:44:40 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |
| 15198818 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Sep 13 2025 00:39:59 | Wells Fargo Dealer Svc, Po Box 10709, Raleigh, NC 27605-0709 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto |
| cr | * | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15231785 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 12, 2025 | Form ID: 3180W | Total Noticed: 35 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2025            Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com |
| Denise Carlon | on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com |
| Glenn R. Bartifay | on behalf of Attorney Glenn R Bartifay gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Joint Debtor Holly J Rager gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Debtor Gregory A Rager gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |

TOTAL: 9