IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   GREGORY A RAGER<br>   HOLLY J RAGER<br>       Debtor(s)<br><br>   Ronda J. Winnecour<br>       Movant<br>      vs.<br>   No Repondents. | Case No.:20-20508<br><br>Chapter 13<br><br>Related to:  Document No. 146<br><br>**ENTERED BY DEFAULT** |

ORDER OF COURT

AND NOW, this ___12th___ day of ___September___, 20_25_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

SIGNED
9/12/25 7:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm       glb
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20508-CMB |
| Gregory A Rager | Chapter 13 |
| Holly J Rager | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Sep 12, 2025 | Form ID: pdf900 | Total Noticed: 33 |

The following symbols are used throughout this certificate:

**Symbol** **Definition**

\+ Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++ Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^ Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gregory A Rager, Holly J Rager, 5868 Madison Avenue, Export, PA 15632-1343 |
| aty | + | Glenn R Bartifay, 2009 Mackenzie Way, Suite 100, Cranberry Township, PA 16066-5338 |
| 15198806 | + | Citifinancial Auto, 2208 Hwy 121, Bedford, TX 76021-5981 |
| 15425007 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 15198814 | | Phelan Hallinan and Schmieg, LLP, 1617 JFK Boulevard Suite 1400, One Penn Center Plaza, Attention: Kenya Bates, Esquire, Philadelphia, PA 19103 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bnc@atlasacq.com | Sep 13 2025 00:25:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 13 2025 00:40:43 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15228998 | + | Email/Text: g17768@att.com | Sep 13 2025 00:25:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 15225048 | | Email/Text: bnc@atlasacq.com | Sep 13 2025 00:25:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 15221548 | + | Email/Text: documentfiling@lciinc.com | Sep 13 2025 00:24:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15198807 | | Email/Text: CantonRecoveryGroup@cbna.com | Sep 13 2025 00:25:00 | Community Bank Na, 45-49 Court St, Canton, NY 13617 |
| 15218744 | | Email/PDF: bncnotices@becket-lee.com | Sep 13 2025 00:41:26 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15220134 | + | Email/Text: CantonRecoveryGroup@cbna.com | Sep 13 2025 00:25:00 | Community Bank, N.A., PO Box 509, Canton, NY 13617-0509 |
| 15198808 | + | Email/Text: bankruptcy@credencerm.com | Sep 13 2025 00:26:00 | Credence Resource Mana, Po Box 2300, Southgate, MI 48195-4300 |
| 15225629 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 13 2025 00:25:00 | FREEDOM MORTGAGE CORPORATION, Bankruptcy Department,, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 15425008 | | Email/Text: Bankruptcy@Freedommortgage.com | Sep 13 2025 00:25:00 | Freedom Mortgage, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 15198809 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 13 2025 00:25:00 | Freedom Mortgage Corp, 907 Pleasant Valley |

Case 20-20508-CMB    Doc 153    Filed 09/14/25    Entered 09/15/25 00:30:00    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 12, 2025 | Form ID: pdf900 | Total Noticed: 33 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Ave, Mount Laurel, NJ 08054-1210 |
| 15198810 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 13 2025 00:40:42 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15209937 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 13 2025 00:39:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15198811 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 13 2025 00:25:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15198812 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 13 2025 00:26:00 | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15225799 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 13 2025 00:26:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15201452 | + | Email/PDF: cbp@omf.com | Sep 13 2025 00:40:52 | Onemain, PO Box 3251, Evansville, IN 47731-3251 |
| 15198813 | + | Email/PDF: cbp@omf.com | Sep 13 2025 00:39:56 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15219884 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 13 2025 00:40:51 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15198815 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 13 2025 00:41:30 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 15198816 | + | Email/Text: bankruptcy@sw-credit.com | Sep 13 2025 00:26:00 | Southwest Credit Syste, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 15199330 | | ^ MEBN | Sep 13 2025 00:20:03 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15198817 | + | Email/Text: EDBKNotices@ecmc.org | Sep 13 2025 00:24:00 | U S Dept Of Ed/Gsl/Atl, Po Box 5609, Greenville, TX 75403-5609 |
| 15225236 | | Email/Text: BNCnotices@dcmservices.com | Sep 13 2025 00:25:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15225239 | | Email/Text: BNCnotices@dcmservices.com | Sep 13 2025 00:25:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15219788 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Sep 13 2025 01:44:40 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |
| 15198818 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Sep 13 2025 00:40:45 | Wells Fargo Dealer Svc, Po Box 10709, Raleigh, NC 27605-0709 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto |
| cr | * | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15231785 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

Case 20-20508-CMB    Doc 153    Filed 09/14/25    Entered 09/15/25 00:30:00    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 12, 2025 | Form ID: pdf900 | Total Noticed: 33 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Sep 14, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor Wells Fargo Bank N.A., d/b/a Wells Fargo Auto amps@manleydeas.com |
| Denise Carlon | on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com |
| Glenn R. Bartifay | on behalf of Attorney Glenn R Bartifay gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Joint Debtor Holly J Rager gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Debtor Gregory A Rager gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |

TOTAL: 9